UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOME,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>IRS OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 21-cv-02083-JLS-MSB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　　Petitioner is a state prisoner proceeding pro se with a Petition under the All Writs Act, 28 U.S.C. § 1651, but has failed to pay the $402.00 civil filing fee or submit a request to proceed in forma pauperis. (ECF No. 1.)  Because this Court cannot proceed until Petitioner has either paid the civil filing fee or qualified to proceed in forma pauperis, the Court hereby **DISMISSES** the case without prejudice.  To have this case reopened, Petitioner must submit, **no later than January 14, 2022**, a copy of this Order with the filing fee or an application to proceed in forma pauperis.

　　　　**IT IS SO ORDERED.**

Dated: December 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge