UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOME, CDCR #BD-1845,<br><br>              Petitioner,<br><br>v.<br><br>IRS OF CALIFORNIA, et al.,<br><br>              Respondents. | Case No.: 21-CV-2083 JLS (MSB)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER** |

      On February 9, 2022, the Court denied Petitioner Alexander Jacome's ("Petitioner") request to proceed *in forma pauperis* ("IFP") for failure to include the requisite prison certificate, dismissed Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition") for failure to state a cognizable federal habeas claim, and denied without prejudice Petitioner's Motion to Appoint Counsel. *See generally* ECF No. 11 (the "Order"). The Court gave Petitioner until March 14, 2022, to either prepay the filing fee or file a complete request to proceed IFP *and* file an amended petition articulating a

cognizable federal claim. *Id.* at 5. The Order explicitly provided: "If Petitioner fails to timely prepay the filing fee or timely complete and submit the enclosed Motion to Proceed in Forma Pauperis and/or fails to timely file an amended petition, the Court will enter a final judgment of dismissal." *Id.* (emphasis removed). Petitioner has failed to comply with the Order.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Petitioner's action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 25, 2022

Hon. Janis L. Sammartino
United States District Judge